UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

JEANIE ROGERS, CLARENCE ROGERS
and BOBBY ROGERS

      Plaintiffs

VS.                                                                                       DOCKET NO. _____

OVERTON BROOKS VA MEDICAL CENTER

      Defendants

**COMPLAINT**

Plaintiffs, JEANIE ROGERS, CLARENCE ROGERS and BOBBY ROGERS("Plaintiffs"), the surviving children of the decedent BOBBY ROGERS, allege on information and belief against OVERTON BROOKS VA MEDICAL CENTER ("Defendant"), the following:

I.

Bobby Rogers was a patient at Overton Brooks VA Medical Center in Shreveport, Louisiana., where he received an incisional hernia repair on May 2, 2011.

II.

During this procedure, and operative injury to the small bowel occurred.

III.

Defendant, Overton Brooks VA Medical Center, failed to detect this injury in a timely and appropriate manner, causing him to develop intra-abdominal sepsis from the undetected small bowel injury.

IV.

The defendant's failure to detect, diagnose or treat the operative injury that occurred lead

directly to Bobby Rogers developing intra-abdominal sepsis, which then caused respiratory failure and death.

V.

Defendant, Overton Brooks VA Medical Center, is liable to the complainants for the wrongful death of Bobby Rogers, and for the unnecessary suffering caused by the undetected operative wound and resulting intra-abdominal sepsis that led to his death

VI.

The amount in controversy exceeds the jurisdictional limit of the applicable State Court.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff, Pam Simpson, prays for the following relief:

I. Trial by jury;

II. Judgment in favor of Plaintiff and against the Defendant, for damages in such amounts as may be proven at trial;

III. Compensation for non-economic losses, including, but not limited to medical expenses, pain and suffering, loss of consortium, mental anguish and emotional distress, in such amounts as may be proven at trial;

IV. Punitive and/or exemplary damages in such amounts as may be proven at trial;

V. Attorneys' fees and costs;

VII. Pre- and post-judgment interest; and

VIII. Any and all further relief, both legal and equitable, that the court may deem just and proper.

Respectfully submitted,

/s/ Richard L. Fewell, Jr.
La. Bar Roll No. 18891

RICHARD L. FEWELL, JR.
1315 Cypress Street
P.O. Box 1437
West Monroe, LA  71291
Telephone: (318) 388-3320
Facsimile: (318) 388-3337


/s/Jeffrey L. DeMent
La. Bar Roll No. 24375

LOOMIS & DEMENT
2807 Mark Drive
Monroe, Louisiana 71201
Telephone: (318) 325-9900
Facsimile: (318) 323-9999