UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BOBBY ROGERS, ET AL.** | **CIVIL ACTION NO.   5:13CV922** |
| **VERSUS** | **JUDGE HICKS** |
| **OVERTON BROOKS V A MEDICAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 120 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.   Accordingly,

**IT IS ORDERED that this action be dismissed.** This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE, September 27, 2013.

FOR THE CLERK, TONY R. MOORE

PAMELA P. MITCHELL
STAFF ATTORNEY